UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

SOCIETE GENERAL, S. A.,
    Plaintiff(s),

-against-

NEW JERSEY DEVILS LLC,
    Defendant(s).
---------------------------------------------------X

JUDGE LYNCH
Index No. 08 CV 02466

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
          S.S.:
COUNTY OF NEW YORK)

    TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 14th day of March 2008, at approximately 4:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon New Jersey Devils LLC at Prudential Center, 165 Mulberry Street, Newark, NJ 07102, by personally delivering and leaving the same with Loudes Garcia, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Loudes Garcia is a white female, approximately 41 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 145 pounds with long curly brown hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
18th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08