UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SOCIETE GENERALE, S.A.                          :

                Plaintiff,             :
                                               Civil Action No.
       -against-                                  :   08 CV 02466 (GEL)

NEW JERSEY DEVILS LLC,                          :

                Defendant.             :

------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no answer or motion for summary judgment having been filed by the opposing party herein, plaintiff Societe Generale, S.A. hereby voluntarily dismisses the above-captioned action, with prejudice.

Dated:  New York, New York
        April 24, 2008

                                                    LLOYD S. CLAREMAN
                                                    LC-8385
                                                    121 East 61st Street
                                                    New York, New York 10065
                                                    Tel. No. (212) 751-1585
                                                    Fax No. (212) 838-0814
                                                    lloyd.clareman@clareman.com

                                                    Attorney for Plaintiff
                                                    Societe Generale, S.A.