UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SOCIETE GENERALE, S.A.

                                      Plaintiff,

        -against-

NEW JERSEY DEVILS LLC,

                                      Defendant.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

Civil Action No.
08 CV 02466 (GEL)

MEMO ENDORSED

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no answer or motion for summary judgment having been filed by the opposing party herein, plaintiff Societe Generale, S.A. hereby voluntarily dismisses the above-captioned action, with prejudice.

Dated: New York, New York
       April 24, 2008

*/s/ Lloyd S. Clareman*
LLOYD S. CLAREMAN
LC-8385
121 East 61st Street
New York, New York 10065
Tel. No. (212) 751-1585
Fax No. (212) 838-0814
lloyd.clareman@clareman.com

Attorney for Plaintiff
Societe Generale, S.A.

**SO ORDERED**
*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
4/24/08